**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CATHY ALEXANDER,

        Plaintiff,

v.                                                                                    Case No:   6:24-cv-286-WWB-LHP

AURA GENETICS OF OHIO, LLC,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF DEFENDANT (Doc. No. 36)
>
> **FILED:** December 10, 2024
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 3.01(a) because it does not include a memorandum of legal authority in support. A lone citation to Federal Rule of Civil Procedure 25 does not suffice. In addition, the motion fails to comply with the formatting requirements of Local Rule 1.08, as well as the presiding District

Judge's typography requirements. *See In re: Local Rule Amendments*, No. 6:21-mc-3-Orl-WWB, Doc. No. 1 (M.D. Fla. Jan. 13, 2021), *available at* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules. Finally, the motion does not fully comply with Local Rule 3.01(g) because it fails to include a separate certification as required by that Rule. *See* Local Rule 3.01(g)(2). Any renewed motion must fully comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders.

  **DONE** and **ORDERED** in Orlando, Florida on December 11, 2024.

LESLIE HOFFMAN PRICE<br>
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties